TOWNSEND et al., Respondents, v. MacGOVERN et al., Appellants. (Supreme Court, Appellate Term. May, 1902.) Action by James R. Townsend and another against Frank MacGovern and another. White & Case, for appellants. E. E. Mercelis, for respondents.

PER CURIAM. This is an appeal from the general term of the city court, affirming an order of the special term, denying a motion to vacate an order for the examination before trial of two of the defendants. The order appealed from is one which does not go to the merits of the controversy, but is merely incidental to the suit. The rule is that an order of this kind is one of those matters of practice and procedure which should always be left to the court of original jurisdiction, and its decision should not be reviewed here, unless it appears from its order, and the papers upon which it is based, that the decision was founded upon some ground of law, not involving discretion, or the facts were not such as to bring the matter within the jurisdictional discretion of the court. See Jenkins v. Putnam, 106 N. Y. 272, 12 N. E. 594. It seems to us, after a careful examination of the affidavit upon which the order for the examination is based, that it shows a compliance with the technical requirements of the Code, and states facts sufficient to call for the exercise of the discretion of the court below. So far as any controverted statements of facts are concerned, this court will not weigh the evidence in an appeal from the city court, where there is any evidence to sustain the finding of the court below. The order must be affirmed, with $10 costs and disbursements. Order affirmed, with $10 costs and disbursements.

---

In re TREADWELL. (Supreme Court, Appellate Division, Second Department. October 10, 1902.) In the matter of the application of Leman B. Treadwell, Jr., for admission to the bar. No opinion. Application granted.

---

TURNBULL v. CITY OF NEW YORK (two cases). (Supreme Court, Appellate Division, Second Department. October 3, 1902.) Actions by Jane Turnbull and by Andrew Turnbull against the city of New York. No opinion. Motion to dismiss appeal granted, without costs.

---

TURNBULL, Respondent, v. CITY OF NEW YORK, Appellant (two cases). (Supreme Court, Appellate Division, Second Department. October 21, 1902.) Actions by Andrew Turnbull and by Jane Turnbull against the city of New York. No opinion. Motion granted, and orders of October 3, 1902, amended by inserting, after the word "costs," the words "of motion."

---

ULSTER COUNTY, Appellant, v. STATE, Respondent. (Supreme Court, Appellate Division, Third Department. September 3, 1902.) Action by the county of Ulster against the state of New York. No opinion. Reargument ordered.

---

In re UNION TRUST CO. OF ALBANY. (Supreme Court, Appellate Division, Third Department. September 9, 1902.) In the matter of the application of the Union Trust Company of Albany, N. Y., to be designated as a deposit bank for court funds. No opinion. Referred to Charles J. Herrick, Esq., to take evidence and report to the court.

---

In re UTICA & M. V. RY. CO. (Supreme Court, Appellate Division, Fourth Department. October 7, 1902.) In the application of the Utica & Mohawk Valley Railway Company for a determination that its road ought to be constructed and operated through, upon, and along North Ann street in the city of Little Falls.

PER CURIAM. Motion for the appointment of commissioners granted, and order appointing the following named commissioners entered: Henry W. Bentley, Webster R. Chamberlain, and Frank Rice.

---

VAN SLOOTEN v. TWOMBLY et al. (Supreme Court, Appellate Division, Second Department. October 17, 1902.) Action by Mary L. Van Slooten, as administratrix, etc., of William Van Slooten, deceased, against H. McK. Twombly and James B. Haggin. No opinion. Order reversed on argument, with $10 costs and disbursements, without prejudice to a renewal of the motion at special term on proper papers.

---

VAY, Plaintiff, v. CITY OF ROCHESTER, Defendant. (Supreme Court, Appellate Division, Fourth Department. October 7, 1902.) Action by Rudolph Vay against the city of Rochester. No opinion. Judgment ordered for the plaintiff for $25, with interest from August 7, 1902, with costs to the plaintiff.

---

VILLAGE OF BALLSTON SPA, Respondent, v. HUDSON VAL. RY. CO., Appellant. (Supreme Court, Appellate Division, Third Department. September 9, 1902.) Action by the village of Ballston Spa against the Hudson Valley Railway Company.

PER CURIAM. Motion denied, without costs. It appearing in open court upon the argument that the action is ready to be tried at the October term, the appeal from this order is put over the term.

---

VINCENT v. ALDEN. (Supreme Court, Appellate Division, Third Department. September 3, 1902.) Action by Thomas Vincent against John F. Alden. No opinion. Motion denied.